# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Daniel Virtue )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>International Brotherhood of Teamsters, *et al.*, )<br>)<br>Appellees. )<br>) | Case No. 13-7194 |

## APPELLEES' CERTIFICATE AS TO
## PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), Appellees International Brotherhood of Teamsters, International Brotherhood of Teamsters Retirement and Family Income and Protection Plan, Rome A. Aloise, Ken Hall, John W. Murphy, and W.C. Smith ("Appellees") certify as follows:

**A.    Certificate as to Parties.**

Appellees certify that Daniel Virtue appeared as the plaintiff in the United States District Court for the District of Columbia and is the Appellant in this Court. Appellees certify that the International Brotherhood of Teamsters, International Brotherhood of Teamsters Retirement and Family Income Protection Plan, Rome A. Aloise, Ken Hall, John W. Murphy and W.C. Smith all appeared as defendants in the United States District Court for the District of Columbia and are the Appellees in this Court.

Appellees further certify that no intervenors or *amici* appeared in the district court proceedings nor have any appeared in the instant appeal to the best of Appellees' knowledge at the time of filing this certificate.

**B.    Certificate as to Rulings.**

Appellees certify that to the best of their knowledge no rulings other than those listed in the Appellant's December 4, 2013 Amended Notice of Appeal are at issue in this appeal.

**C.    Certificate as to Related Cases.**

Appellees certify that the instant case was before the United States District Court for the District of Columbia, Case No. 1:12-cv-00516-JEB, and has not been before any other court, and Appellees are aware of no related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated: January 9, 2014                          Respectfully submitted,

*//s// Jason H. Ehrenberg*
_____
Jeffrey B. Cohen
Jason H. Ehrenberg
Bailey & Ehrenberg PLLC
1015 18th Street, N.W.
Suite 204
Washington, D.C.  20036
Tel:  (202) 331-1331
Fax:  (202) 318-7071
jbcohen@becounsel.com
jhe@becounsel.com

**Attorneys for Appellees**

## CERTIFICATE OF SERVICE

The undersigned certifies that this 9th day of January 2014, he served the foregoing via the Court's ECF electronic filing system on the following counsel:

>Joseph Semo
>Kevin Stein
>Semo Law Group
>1800 M St. NW, Suite 730 S
>Washington D.C. 20036
>
>**Attorneys for Appellant**

>　　　　　　　　　　　*//s// Jason H. Ehrenberg*
>　　　　　　　　　　　_____
>　　　　　　　　　　　Jason H. Ehrenberg